IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SWECO PRODUCTS, INC., | |
|     Plaintiff, | No. CIV S-11-2211 KJM-EFB |
| vs. | |
| SUTTER EQUIPMENT COMPANY, INC., | |
|     Defendant. | ORDER TO SHOW CAUSE |

On September 9, 2011, the parties filed a stipulation extending defendant's time to file a response to the complaint to October 13, 2011. (ECF 6.) This date has long passed and defendant has not filed a response. Accordingly, counsel for defendant is hereby ORDERED, within fourteen (14) days of the entry of this order, to file and serve a response to the complaint and to show cause why sanctions should not be imposed against him or his client for failure to file a responsive pleading. The status (pretrial scheduling) conference scheduled for January 4, 2012 is hereby vacated and will be reset upon the court's receipt of defendant's response to this order.

IT IS SO ORDERED.

DATED: December 20, 2011.

UNITED STATES DISTRICT JUDGE

1